JOHN S. WIRT (*Pro Hac Vice*)
jwirt@wirtlawfirm.com
WIRT & WIRT, P.A.
5 Calhoun Ave., Suite 306
Destin, Florida 32541
Telephone: (847) 323-4082
Facsimile: (314) 431-6920

A. SASHA FRID (State Bar No. 216800)
sfrid@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

*Attorneys for Plaintiff*
*Hitz Entertainment Corporation*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HITZ ENTERTAINMENT CORPORATION, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE MOSLEY, an individual, and GOBOX PROMOTIONS INC., a Nevada corporation,<br><br>Defendants. | **CASE NO. 17-cv-1317-MFW (SKx)**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**; ORDER |

Plaintiff Hitz Entertainment Corporation ("Plaintiff") and Defendants Shane Mosley and GoBox Promotions Inc. ("Defendants") hereby stipulate and agree through their respective undersigned counsel of record as follows:

**IT IS STIPULATED AND AGREED** that this action, including all claims asserted by Plaintiff in this action, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs;

**IT IS FURTHER STIPULATED AND AGREED** that the Court is authorized and requested to enter an order on this Stipulation dismissing the action and all claims asserted by Plaintiff in this action with prejudice, and to make any and all such orders and judgments which may be necessary and proper to dismiss this action and all claims asserted by Plaintiff in this action with prejudice;

**IT IS FURTHER STIPULATED AND AGREED** that the Court retains jurisdiction to enforce its order and this Stipulation, and to resolve any disputes

concerning or arising out of its order or this Stipulation.

Dated: January 18, 2019     Respectfully submitted,

   /s/ John S. Wirt                                 /s/ Michelle H. Iarusso
John S. Wirt, Esq. (PHV)             Michelle Harris Iarusso, Esq.
Wirt & Wirt, P.A.                      Iarusso and Dagher
5 Calhoun Ave., Suite 306          64 North Fair Oaks Avenue
Destin, Florida 32541                Pasadena, CA 91103
Tel: (847) 323-4082                   Tel: (626) 415-4422
Fax: (314) 431-6920                Fax: (866) 780-3984
mail@wirtlawfirm.com            iarusso@id-lawyers.com

A. Sasha Frid (CA Bar #216800)    *Attorney for Defendants*
MILLER BARONDESS, LLP         *Shane Mosley and GoBox*
1999 Avenue of the Stars, Suite 1000 *Promotions Inc.*
Los Angeles, CA 90067
Tel. 310-552-4400
Fax 310-552-8400
E-mail: sfrid@Millerbarondess.com

*Attorneys for Plaintiff*
*Hitz Entertainment Corporation*

### ORDER

**IT IS SO ORDERED.**

**Dated this** 22nd **day of** January, 2019.

*[signature]*

**UNITED STATES DISTRICT COURT JUDGE**

3

# CERTIFICATE OF SERVICE

I, John S. Wirt, hereby certify that on January 18, 2019, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

    /s/ John S. Wirt
John S. Wirt, Esq. (PHV)
WIRT & WIRT, P.A.
5 Calhoun Ave., Suite 306
Destin, Florida 32541
Tel. 847-323-4082
Fax 314-431-6920
jwirt@wirtlawfirm.com
*Attorneys for Plaintiff*
*Hitz Entertainment Corporation*